

Entered on Docket
October 02, 2009

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

HSBC Bank USA, National Association, as Trustee for Wells Fargo Asset Securities Corporation Home Equity Asset Backed Certificate Series 2006-3

09-75472 / 0156450363

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-08-20447-mkn |
| Daniel Diaz and Gisela Elizabeth Diaz | MS Motion No.<br>Date 9/30/09<br>Time: 1:30 P.M. |
| | Chapter 13 |
| Debtors. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

1  IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-
2  petition arrearages currently due as follows:

3  3 Monthly Payments at $1,633.51                                  $   4,900.53
   (July 1, 2009 – September 1, 2009)
4  2 Late Charges at $69.38 each                                    $     138.76
   (July 16, 2009 – August 16, 2009)
5  Motion Filing Fee                                                $     150.00
6  Attorneys Fees                                                   $     750.00
   Less suspense                                                   -($     55.96)
7  Total Arrearages                                                 $   5,883.33

8  The above arrearages shall be paid in five (5) monthly installments of $980.56 and one (1) final
9  monthly installment of $980.53. These payments shall be in addition to the regular monthly payment and
10 shall be due on or before the 20th day of the month commencing with the September 20, 2009 payment
11 and continuing throughout and concluding on or before February 20, 2010.

12 IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give
13 Debtors and Trustee at least five business days' notice of the time, place and date of sale.

14 IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and
15 maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning
16 with the October 1, 2009 payment, on Secured Creditor's Trust obligation, encumbering the subject
17 Property, generally described as 6226 Eliza Ln., N. Las Vegas, NV 89031, and legally described as
18 follows:

19 LOT TWENTY- ONE (21) IN BLOCK ONE(1) OF RANCHO BUENA VISTA - PHASE 3, AS
   SHOWN BY MAP THEREOF ON FILE IN BOOK 80, OF PLATS, PAGE 16, IN THE OFFICE OF
20 THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

21 FOR INFORMATIONAL PURPOSES ONLY: THE APN IS SHOWN BY THE COUNTY ASSESSOR
   AS 124-27-112-021; SOURCE OF TITLE IS BOOK 980305, PAGE 01264 (RECORDED 3/5/1998

22 IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any
23 payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's
24 Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon
25 Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each
26 such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be

1  paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure
2  the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to
3  Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the
4  subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete
5  possession thereof.

7  Submitted by:
8  WILDE & ASSOCIATES

10 By _____#10255_____
11 GREGORY L. WILDE, ESQ.
   Attorneys for Secured Creditor
12 208 South Jones Boulevard
   Las Vegas, Nevada 89107

14 APPROVED AS TO FORM & CONTENT:

15 Rick A. Yarnall                              Laura L. Fritz
16 By _____ 9-25-09                         By _____Laura L_____

17 Rick A. Yarnall                              Laura L. Fritz
   Chapter 13 Trustee                           Attorney for Debtors
18 701 Bridger Avenue #820                      625 South Sixth Street
   Las Vegas, NV 89101                          Las Vegas, NV 89101
19

20                                              Nevada Bar No. 6568