Entered on Docket
May 20, 2010

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge
_____

RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
Marianne Gatti, Esq.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada 89101
Telephone: (702) 853-4500
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | BK-S-08-20447-MKN<br>Chapter 13 |
|---|---|
| DANIEL DIAZ, and<br>GISELA ELIZABETH PEREZ,<br><br>Debtor(s). | Hearing Date: N/A<br>Hearing Time: N/A |

## EX- PARTE ORDER DISMISSING BANKRUPTCY PROCEEDING

On or about April 30, 2010, Debtor(s), Daniel Diaz and Gisela Elizabeth Perez, by and through their counsel, entered into a Stipulation to Convert or Dismiss Case By Date Certain; Order Thereon (the "Stipulation") (See Docket #91) with Rick A. Yarnall, Chapter 13 Bankruptcy Trustee, by and through his counsel, Marianne Gatti, Esq. The Stipulation required the within Debtor(s) to move to convert from a Chapter 13 Bankruptcy case to a Chapter 7 Bankruptcy case by May 14, 2010.

. . .

As of the date of this Order, the Debtor(s) have failed to comply with the above stated conditions.

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is **DISMISSED** for the Debtors' failure to convert to a Chapter 7 Bankruptcy case by May 14, 2010.

**IT IS SO ORDERED.**

Respectfully Submitted:

_/s/ Marianne Gatti_　　　　　　　　　　　　　DATE: 5-18-10

MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada 89101
Attorney for RICK A. YARNALL
Chapter 13 Bankruptcy Trustee

###

E-filed: 5-18-10

RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
Marianne Gatti, Esq.
Nevada Bar No. 7717
701 Bridger Avenue, SUITE 820
Las Vegas, Nevada 89101
Telephone: (702) 853-4500
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | BK-S-08-20447-MKN |
| --- | --- |
| | Chapter 13 |
| DANIEL DIAZ, and | |
| GISELA ELIZABETH PEREZ, | Hearing Date: N/A |
| Debtor(s). | Hearing Time: N/A |

### AFFIDAVIT IN SUPPORT OF EX-PARTE ORDER OF DISMISSAL

County Of Clark    )
                   ) ss:
State of Nevada    )

I, Leah Abeyta, being first duly sworn upon his oath, hereby deposes and says:

1. That I am an employee of Rick A. Yarnall, Chapter 13 Bankruptcy Trustee make this Affidavit of facts from personal knowledge which is known to me except for those matters stated upon information and belief, and as to those matters, I believe same to be true.

2. That I make this Affidavit in support of the Ex-Parte Order of Dismissal.

3. On or about April 30, 2010, a Stipulation to Convert or Dismiss Case By Date Certain; Order Thereon was entered into between Rick A. Yarnall, Chapter 13 Trustee and Counsel for Debtor(s), Daniel Diaz and Gisela Elizabeth Perez, requiring the Debtor(s) to convert to a Chapter 7 Bankruptcy by May 14, 2010.

///

4.     The May 14, 2010, deadline has passed and the Debtor(s) have failed to convert his Chapter 13 Bankruptcy case to a Chapter 7 Bankruptcy case.

FURTHER, AFFIANT SAYETH NAUGHT this 18th day of May, 2010.

_____
LEAH ABEYTA
An employee of RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee

SWORN to and SUBSCRIBED before me this 18th day of May, 2010.

_____
NOTARY PUBLIC in and for said County and State



NOTARY PUBLIC
JANICE LEGROS
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. JUNE 25, 2012
No: 08-7512-1